UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                                      Chapter 7
                                                                                               Case No: 13-12554-mew
PEDRO A. PEREZ JR. and NILSA M. PEREZ
[aka Peter A. Perez and Nilsa N. Rubin]

        Debtors.
---------------------------------------------------------------X

## ORDER GRANTING DEBTORS MOTION TO REOPEN THE CHAPTER 7 BANKRUPTCY CASE

Upon the Notice of Motion and Motion of PEDRO A. PEREZ JR. and NILSA M. PEREZ, the Chapter 7 Debtors by their attorney Gregory Messer, dated November 10th, 2021, for an Order (i) reopening the Debtors' Chapter 7 case pursuant to 11 U.S.C. §350(b), and Rule 5010 of the Federal Rules of Bankruptcy Procedure and (ii) allowing the Debtors to amend their Schedules A/B and C and (iii) granting such other relief as this Court deems just and proper; and upon a telephonic hearing having been conducted on December 7, 2021 before the Honorable Michael E. Wiles, United States Bankruptcy Judge, Southern District of New York, who maintains a courtroom located at One Bowling Green, New York, New York 10004-1408, there being no opposition thereto, it is hereby,

**ORDERED,** that this case is reopened pursuant to 11 U.S.C. § 350(b) and RULE 5010 of the Federal Rules of bankruptcy Procedure; and it is further

**ORDERED,** that the Debtors may file an Amended Schedule A/B and Amended Schedule C, to include the Settlement Proceeds from the Settlement Agreement obtained between Debtor PEDRO A. PEREZ JR., and Cook Medical Inc.; and it is further

**ORDERED,** that the Office of the United States Trustee shall appoint a Chapter 7 Trustee to administer the bankruptcy estate.

Dated: New York, New York
      January 26, 2022

                                            /s/ **Michael E. Wiles**
                                            UNITED STATES BANKRUPTCY JUDGE